IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA RAYLENE HOLLEY,**
*fomerly known as*
**LINDA HOLLEY KAPRAL,**

Plaintiff,

vs.                                         Civ. No. 10-0179 JCH/WDS

**COLDWELL BANKER LOTA**
**REALTY, INC.,**

Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND

## PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**