## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**LINDA RAYLENE HOLLEY,**
*formerly known as*
**LINDA HOLLEY KAPRAL**

**Plaintiff,**

vs.                                                           No. CIV-10-179 MV/WDS

**COLDWELL BANKERS, LOTA REALTY, INC.,**
**PAGE SULLIVAN REAL ESTATE BROKERAGE**
**ROGER PATTISON, and WHEELER PEAK, LLC**

**Defendants.**

### ORDER ADOPTING SECOND JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Second Joint Status Report and Provisional Discovery Plan, the Court adopts the Second Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE