IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LINDA RAYLENE HOLLEY,**
*formerly known as*
**LINDA HOLLEY KAPRAL**

**Plaintiff,**

vs.                                                    No. CIV-10-179 MV/WDS

**COLDWELL BANKERS, LOTA REALTY, INC.,**
**PAGE SULLIVAN REAL ESTATE BROKERAGE**
**ROGER PATTISON, and WHEELER PEAK, LLC**

**Defendants.**

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY TERMINATION DATE

This matter is before the Court on Plaintiff's Motion to Extend Discovery Termination Date. (Doc. 105) The Court has reviewed the motion, Defendants' responses thereto, and Plaintiff's reply, and, good cause having been found, considers the Motion well taken. Accordingly, Plaintiff's Motion to Extend Discovery Termination Date is GRANTED, and the Court orders the following:

1. The trial date of May 14, 2012 is hereby vacated;

2. The discovery end date of December 8, 2011 is hereby vacated;

3. The parties will confer and notify the Court of an appropriate new discovery deadline by which time the parties can complete discovery, including depositions of experts and resolution, to whatever extent possible, of the discovery issues being addressed in the discovery motions filed on December 19, 2011.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE