IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA RAYLENE HOLLEY
*Formerly known as*
LINDA HOLLEY KAPRAL,

Plaintiff,

vs.

WHEELER PEAK, LLC, *et al.*
Defendants.

No. 1:10-CV-179 JCH/WDS
Consolidated with
No. 1:10-CV-296 JCH/WDS

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL ANSWERS & RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION TO DEFENDANT WHEELER PEAK, LLC**

This matter is before the Court *sua sponte*. On December 19, 2011 Plaintiff filed a Motion to Compel Answers & Responses by Defendant Wheeler Peak LLC to Plaintiffs First Set of Interrogatories and Requests for Production. (Doc. 118) No opposition to the motion has been filed, nor has Plaintiff filed a Notice of Completion of Briefing. During a scheduling conference with the Court on April 17, 2012, Plaintiff's counsel advised the Court that he believed the discovery issues presented in the motion had been resolved by the parties. The Court has received no further notice on the status of this motion, and therefore deems it moot, having been resolved by the parties.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge