IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA RAYLENE HOLLEY,

      Plaintiff,

vs.                                                                               No. 1:10-CV-179 JCH/WDS
                                                                                                 Consolidated with
                                                                              No. 1:10-CV-296 JCH/WDS

COLDWELL BANKER, LOTA REALTY, INC.,
PAGE SULLIVAN REAL ESTATE GROUP, INC.,
ROGER PATTISON and WHEELER PEAK, LLC,

      Defendants.

STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND
SCHEDULING ORDER'S DISPOSITIVE MOTION DEADLINE
_____

      This matter is before the Court on the Joint Motion to Extend Dispositive Motion Deadline (Doc. 145).  The Court having reviewed the Motion finds that it should be granted.

      IT IS THEREFORE ORDERED that the deadline to file dispostive motions contained in the Scheduling Order is hereby extended to January 31, 2013.

                                                                    _____
                                                                    W. Daniel Schneider
                                                                  UNITED STATES MAGISTRATE JUDGE

Submitted by,

 /s/ Matthew Hironaka
Steve S. Scholl
Matthew K. Hironaka
P.O. Box 94147
Albuquerque, NM 87199-4147

Approved by:

___Approved 12/18/12_____
Charles Fisher, Esq.
Allison & Fisher
300 Central Ave. SW #2200E
Albuquerque, NM 87102-3298


___Approved 12/17/12_____
Kirk R. Allen, Esq.
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM 87125-0687


___Approved 12/17/12_____
Joseph E. Caldwell
The Caldwell Law Firm
HCR 74 P.O. Box 20512
El Prado, NM 87529


___Approved 12/18/12_____
Donald A. Walcott, Esq.
The Walcott Law Firm, PC
200 West Marcy St., Ste. 142
Santa Fe, NM 87501